UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK RICCIO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>-against-<br><br>RAGAN & RAGAN, P.C.; VELOCITY INVESTMENTS, LLC;  and JOHN DOES 1-25,<br><br>*Defendant(s)*. | Civil Case No.: 3:20-cv-11144<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: September 3, 2020

*/s/ Joseph K. Jones*

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227 5900 telephone
(972) 244-0019 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff*